Marilyn Raia, SBN 072320
E-Mail: marilyn.raia@bullivant.com
Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Zurich American
Insurance Company, Starr Indemnity &
Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation,<br><br>                Plaintiffs,<br><br>     vs.<br><br>GUAM INDUSTRIAL SERVICES, INC., dba GUAM SHIPYARD; MATHEWS POTHEN; THE UNITED STATES OF AMERICA, by and through the Secretary of Transportation for the Maritime Administration,<br><br>                Defendants. | Case No.: CV 11 1874 MEJ<br><br>**RETURN OF SERVICE UPON GUAM INDUSTRIAL SERVICES, INC. AND MATTHEWS POTHEN** |

Attached is a letter dated May 2, 2011 from Guam Counsel for defendants Guam Industrial Services, Inc. and Mathews Pothen accepting service of the Summons, Complaint and related orders on their behalf.

– 1 –

1 DATED: May 2, 2011

2          BULLIVANT HOUSER BAILEY PC

3

4         By /s/ Andrew B. Downs

5           Marilyn Raia
           Andrew B. Downs

6         Attorneys for Plaintiffs Zurich American Insurance
         Company, Starr Indemnity & Liability Company

7

13320567.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

# CABOT
# MANTANONA LLP

Attorneys at Law

Cesar C. Cabot, Esq.
Rawlen M.T. Mantanona, Esq.
David P. Ledger, Esq.
Helkei S. Hemminger, Esq.
Sarah A. Strock, Esq.

May 2, 2011

**VIA EMAIL ONLY**

Mr. Andy Downs, Esq.
Bullivant Houser Bailey PC
601 California St., Suite 1800
San Francisco, CA 94108-2823

> **Re:** **Zurich American Insurance Company et al v. Guam Industrial
> Services, Inc. et al; CV No. 11 - 1874 MEJ**

Dear Mr. Downs:

Cabot Mantanona LLP represents Guam Industrial Services, Inc. and Mathews Pothen.

As you are aware from communications with Attorney Tom Sterling, on April 28, 2011 I accepted service of the complaint and summons on behalf of Guam Industrial Services (GIS) and Mr. Pothen. In exchange, plaintiffs in the action will allow thirty (30) days for GIS and Mr. Pothen to answer or otherwise respond to the complaint, up to and including May 31, 2011.

By accepting service in Guam of the complaint filed in, and a summons issued by, the USDC for the Northern District of California neither GIS nor Mr. Pothen consent to personal or subject matter jurisdiction of the Northern District, nor to venue in that District, and reserve all available arguments to challenge jurisdiction and venue.

Best Regards,

DAVID P. LEDGER

DPL:km

O:\Kasteen\GUAM INDUSTRIAL SERVICES\LTR. DOWNS (05-02-2011).docx

Edge Building, Second Floor    929 South Marine Corps Drive    Tamuning, Guam 96913
Telephone (671) 646-2001    Facsimile (671) 646-0777    Email mail@capitalguam.us
Case 1:11-cv-00031    Document 4    Filed 05/02/11    Page 3 of 3