TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUAM INDUSTRIAL SERVICES, INC., dba GUAM SHIPYARD; MATHEWS POTHEN; THE UNITED STATES OF AMERICA, by and through the Secretary of Transportation for the Maritime Administration,<br><br>Defendants. | Case No.: CV 11-1874 MEJ<br><br>In Admiralty<br><br>STIPULATION EXTENDING TIME TO RESPOND PURSUANT TO L.R. 6-1(a) |

Plaintiffs Zurich American Insurance Company and Starr Indemnity & Liability Company stipulate pursuant to Local Rule 6-1(a) that defendant United States of America may have an extension of time within which to respond to the Complaint through and including July 15, 2011. This extension will not affect any date or deadline already set by Court Order. This extension is without prejudice to, and is not intended to be a waiver of,

STIPULATION EXTENDING TIME
TO RESPOND PURSUANT TO L.R. 6-1(a)     1     Case No. CV 11-1874 MEJ

any jurisdictional or venue objections that the United States may have.

Dated: June 16, 2011        Bullivant Houser Bailey PC

s/Andrew B. Downs
_____
MARILYN RAIA
ANDREW B. DOWNS

Attorneys for Plaintiffs
Zurich American Insurance Company, and
Starr Indemnity & Liability Company

Dated: June 16, 2011        TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/R. Scott Blaze
_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

IT IS SO ORDERED this 17th day of June , 2011, in San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME
TO RESPOND PURSUANT TO L.R. 6-1(a)        2        Case No. CV 11-1874 MEJ

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | |
| 3 | I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing STIPULATION EXTENDING TIME TO RESPOND PURSUANT TO L.R. 6-1(a) was served on the following at their last known addresses: |

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Andrew B. Downs | andy.downs@bullivant.com | June 17, 2011 |
| Marilyn Raia | marilyn.raia@bullivant.com | June 17, 2011 |
| Eric Danoff | edanoff@edptlaw.com | June 17, 2011 |

s/R. Scott Blaze
_____
R. SCOTT BLAZE

STIPULATION EXTENDING TIME
TO RESPOND PURSUANT TO L.R. 6-1(a)     3     Case No. CV 11-1874 MEJ