# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ZURICH AMERICAN INSURANCE<br><br>                Plaintiff(s),<br>  v.<br>GUAM INDUSTRIAL SERVICES<br><br>                Defendant(s).<br>_____/ | No. C 11-01874 MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

      Pending before the Court is Defendant's motion to dismiss. Upon review of the record in this action, the Court notes that certain parties have not filed written consents to magistrate judge jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties that have not already done so shall inform the Court whether they consent to magistrate judge jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The parties shall inform the Court of their decision by July 14, 2011.

      **IT IS SO ORDERED.**

Dated: June 30, 2011

                                                                                                                                         _____<br>
                                                                                                                                        Maria-Elena James<br>
                                                                                                                                        Chief United States Magistrate Judge