1  Marilyn Raia, SBN 072320
   E-Mail: marilyn.raia@bullivant.com
2  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs Zurich American
   Insurance Company, Starr Indemnity &
7  Liability Company

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GUAM INDUSTRIAL SERVICES, INC., dba GUAM SHIPYARD; MATHEWS POTHEN; THE UNITED STATES OF AMERICA, by and through the Secretary of Transportation for the Maritime Administration,<br><br>Defendants. | Case No.: CV 11 1874 MEJ<br><br>**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE, DISCLOSURE AND ADR DEADLINES PENDING DETERMINATION OF MOTION TO DISMISS OR TRANSFER;** [PROPOSED] **ORDER** |

Plaintiffs Zurich American Insurance Company and Starr Indemnity & Liability Company and defendants Guam Industrial Services, Inc., Mathews Pothen and the United States of America stipulate and request as follows:

   1.   A Case Management Conference is set for July 28, 2011 (Docket #3).

   2.   In conjunction with the Case Management Conference, the parties are required to meet and confer and to complete Initial Disclosures pursuant to F.R.Civ.P. 26 by July 21, 2011. The parties are also required to submit ADR Certifications by July 7, 2011.  (Docket #3).

– 1 –
STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED]
ORDER - CV 11 1874 MEJ

1    3.      On June 29, 2011, defendants Guam Industrial Services, Inc. and Mathews Pothen filed a motion to dismiss this action on the ground that the court lacks personal jurisdiction over them, and in the alternative to transfer this action pursuant to 28 U.S.C. § 1404 to the United States District Court for the District of Guam.  That motion is set for hearing on August 4, 2011.  (Docket #10).  Plaintiffs have requested limited discovery on the jurisdictional issues.  That request is under consideration by defendants.  If that discovery is agreed to by defendants, or ordered by the court, a continuance of the August 4 hearing date will be necessary.

4.      The parties believe the jurisdictional and venue issues should be resolved before the case management process and before initial disclosures occur.  Accordingly, they request that the court vacate the July 28, 2011 Case Management Conference and set a new Case Management Conference date and associated deadlines, if necessary, following a ruling on the motion to dismiss or transfer.

DATED: July 5, 2011

                          BULLIVANT HOUSER BAILEY PC

                          By  */s/ Andrew B. Downs*
                               Marilyn Raia
                               Andrew B. Downs

                          Attorneys for Plaintiffs Zurich American Insurance Company, Starr Indemnity & Liability Company

DATED: July 5, 2011

                          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

                          By  */s/ Eric Danoff (by e-mail authorization)*
                               Eric Danoff

                          Attorneys for Defendants Guam Industrial Services, Inc. and Mathews Pothen

DATED: July 5, 2011

TONY WEST
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

By */s/ R. Scott Blaze (by e-mail authorization)*
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant United States of America

**ORDER**

The Court finds there is good cause to vacate the Case Management Conference and associated deadlines set in its Order of April 19, 2011 (Docket #3) pending resolution of the motion to dismiss or transfer this action filed by defendants Guam Industrial Services, Inc. and Mathews Pothen (Docket #10), accordingly,

IT IS HEREBY ORDERED that the Case Management Conference set for July 28, 2011 is VACATED. The Court will set a new Case Management Conference if necessary following its ruling on the motion to dismiss or transfer this action. All other deadlines set by the April 19, 2011 Order are also vacated.

DATED: July 6, 2011

_____
Chief United States Magistrate Judge

13438260.1

– 3 –
STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER - CV 11 1874 MEJ